JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant GMRI, INC. dba
RED LOBSTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>GMRI, INC. dba RED LOBSTER #555; and DOES 1 through 10,<br><br>   Defendants. | CASE NO.   CIV. S-04-0620 WBS (KJM)<br><br>**ORDER FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>Date  August 22, 2005<br>Time: 1:30 p.m.<br>Place: Room 5 |

IT IS SO ORDERED that the hearing on plaintiff's Motion for Summary Judgment currently set for August 22, 2005 at 1:30 p.m. in the above entitled Court be continued to September 6, 2005 at 1:30 p.m. The Final Pre-trial Conference, currently set for September 12, 2005, shall be continued to October 11, 2005 at 10:00 a.m.

SO ORDERED:

DATED: August 2, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE