1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
3 | CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff

MARTIN H. ORLICK
JEFFER MANGELS BUTLER & MARMARO, LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Attorney for Defendant

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE                        )
                                    ) Case No. CIV. S- 04-0620 WBS KJM
    Plaintiff,                      )
                                    )
    vs.                             ) **STIPULATION AND ORDER FOR**
                                    ) **CONTINUANCE OF PLAINTIFF'S**
                                    ) **REPLY TO DEFENDANT'S**
GMRI INC. DBA RED LOBSTER #555;     ) **OPPOSITION**
                                    )
    Defendants.                     )
                                    )
                                    )
                                    )
                                    )
                                    )

1  Whereas Plaintiff's counsel has been unavailable for the last week attending court
2  order conferences in the Southern and Central District and therefore has not had an
3  opportunity to prepare Plaintiff's reply brief;

4  Whereas the last day for Plaintiff's counsel to respond to Defendant's Opposition to
5  Plaintiff's Motion for Summary Judgment is Monday, August 29, 2005.

6  The parties in the above reference matter hereby agree that Plaintiff's Reply to
7  Defendant's Opposition is due on Wednesday, August 31, 2005 at 12:00 p.m.

8  So Stipulated:

10  Dated: August 26, 2005          LAW OFFICES OF LYNN HUBBARD

12                                  */s/ LYNN HUBBARD*
13                                   Lynn Hubbard, III
                                     Attorney for Plaintiff

15  Dated: August 26, 2005          JEFFER MANGELS BUTLER &
                                    MARMARO, LLP

17                                  Signature on File
                                    Martin Orlick
18                                  Attorney for Defendant

20  SO ORDERED:

22  Dated:  August 30, 2005

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

WHITE v. RED LOBSTER .
CIV. S- 04-0620 WBS KJM
STIPULATION AND ORDER FOR CONTINUANCE OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION