1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff, SHERIE WHITE

6
   MARTIN H. ORLICK, SBN 83908
7  JEFFER MANGELS BUTLER & MARMARO, LLP
   Two Embarcadero Center, 5th Floor
8  San Francisco, CA 94111
   Telephone: (415) 398-8080
9  Fax: (415) 398-5584

10 Attorneys for Defendant, GMRI, INC., dba RED LOBSTER

11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 SHERIE WHITE,                        Case No. CIV.S. 04-0620 WBS CMK

16      Plaintiff,
                                        **STIPULATED REQUEST FOR**
17      vs.                             **DISMISSAL AND ORDER THEREON**

18 GMRI, INC., DBA RED LOBSTER #555;
   and DOES 1 through 10,
19
        Defendants.
20

21 _____/

22

23

24      IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES pursuant to a

25 settlement and release agreement between Plaintiff, Sherie White, and Defendant

26 GMRI, Inc., dba Red Lobster #555, that this Court enter a dismissal with prejudice of

27 Plaintiff's Complaint in the above-entitled action, pursuant to Fed. R. Civ. P. 41.

28      The dismissal with prejudice shall dismiss the action in its entirety, save and

1 except for Plaintiff's Motion For Attorney's Fees and Costs.  Defendant expressly
2 reserves the right to oppose Plaintiff's application, for attorney's fees, litigation
3 expenses, and costs, in whole or in part, on any and all grounds.
4        The Court shall retain jurisdiction over all disputes among the parties arising out
5 of the Settlement Agreement including, but not limited to, Plaintiff's Motion for
6 Attorney's Fees and Costs.

7 Dated: November 17, 2005        LAW OFFICES OF LYNN HUBBARD, III

9                                 By: /s/ Scottlynn J Hubbard, IV
10                                SCOTTLYNN J HUBBARD, IV
                                  Attorneys for Plaintiff, SHERIE WHITE

12 Dated: November 15, 2005        JEFFER, MANGELS, BUTLER & MARMARO LLP

14                                By: SignatureOn File
                                  MARTIN ORLICK, ESQ.
15                                Attorneys for Defendant GMRI, INC., dba RED
                                  LOBSTER

### ORDER

17    Having read the foregoing Stipulation, and good cause appearing therefore, the
18 Court GRANTS the Stipulation and enters this Order dismissing the above entitled
19 action with prejudice.
20    The Court shall retain jurisdiction over all disputes among the parties arising out
21 of the Settlement Agreement including, but not limited to, Plaintiff's Motion for
22 Attorney's Fees and Costs.  Defendant expressly reserves the right to oppose Plaintiff's
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  application for attorney's fees, litigation expenses, and costs, in whole or in part, on any
2  and all grounds.
3     IT IS SO ORDERED.
4
5  Dated: November 18, 2005

 

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE