UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHERIE WHITE,

          Plaintiff,

    v.

GMRI, INC., dba Red Lobster,

          Defendant.

NO. CIV. S-04-0620 WBS KJM

ORDER RE: COSTS

----oo0oo----

        On November 21, 2005, the court entered final judgment in favor of plaintiff. Plaintiff then submitted a cost bill totaling $729.48. Defendant does not object.

        Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing parties, subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("[C]osts other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs . . . ."); L.R. 54-292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in 28 U.S.C. § 1920). The district court has

1

1  discretion to determine what constitutes a taxable cost within
2  the meaning of 28 U.S.C. § 1920.  <u>Amarel v. Connell</u>, 102 F.3d
3  1494, 1523 (9th  Cir. 1997); <u>Alflex Corp. v. Underwriters' Lab.,
4  Inc.</u>, 914 F.2d 175, 177 (9th Cir. 1990).  The losing party has
5  the burden of overcoming the presumption in favor of awarding
6  costs to the prevailing party.  <u>See</u> <u>Russian River Watershed
7  Protection Comm. v. City of Santa Rosa</u>, 142 F.3d 1136, 1144 (9th
8  Cir. 1998); <u>Amarel</u>, 102 F.3d at 1523.

   After reviewing the bill, the court finds all costs to have been previously awarded by order of this court. (<u>See</u> Jan. 20, 2006 Order.)

   Accordingly, costs of **$729.48** will be denied.

   IT IS SO ORDERED.

DATED:  February 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE